Stephen D. Finestone (125675)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery St., 20th Floor
San Francisco, CA 94104
Tel. (415) 421-2624
Fax  (415) 398-2820
Email: sfinestone@pobox.com

Attorneys for Appellants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No.: 3:14-cv-05354-HSG |
| | ) |
| JOHN A. BANNER, | ) **ORDER EXTENDING TIME TO FILE** |
| | ) **APPELLANTS' OPENING BRIEF** |
| Debtor, | ) |
| | ) |
| SARAH SHEPHERD and STEVE DODARO | ) |
| | ) |
| Appellants | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN A. BANNER | ) |
| | ) |
| Appellee | ) |

The Court having reviewed  Appellants' Ex Parte Applicaton for Extension of Time to File Appellants' Opening Brief and the supporting Declaration of Stephen D. Finestone. And good cause appearing therefor, the deadline for Appellants to file their opening brief is hereby extended to March 20, 2015.

///

DATED:  February 27, 2015

Haywood S. Gilliam, Jr.
U.S. District Court Judge