Stephen D. Finestone (125675)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery St., 20th Floor
San Francisco, CA 94104
Tel. (415) 421-2624
Fax  (415) 398-2820
Email: sfinestone@pobox.com

Attorneys for Appellants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 3:14-cv-05354-HSG |
| JOHN A. BANNER, | **ORDER EXTENDING TIME TO FILE APPELLANTS' OPENING BRIEF** |
| Debtor, | |
| SARAH SHEPHERD and STEVE DODARO | |
| Appellants | |
| v. | |
| JOHN A. BANNER | |
| Appellee | |

The Court having reviewed the Stipulation to Extend Time to File Appellants' Opening Brief and good cause appearing therefor, the deadline for Appellants to file their opening brief is hereby extended to May 20, 2015.  Further requests for extensions will be disfavored.

*Haywood S. Gilliam Jr.* (signature)
Haywood S. Gilliam, Jr.
U.S. District Court Judge

ORDER EXTENDING TIME TO FILE APPELLANTS' OPENING BRIEF - 1